JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN WALKER,<br><br>            Plaintiff,<br><br>v.<br><br>C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,<br><br>            Defendants. | CASE NO. 2:21-cv-03853-SVW-MAR<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF JUSTIN WALKER'S CLAIMS WITHOUT PREJUDICE**<br><br>Complaint Filed:   May 9, 2019<br>Transferred:          May 6, 2021<br>Trial Date:            February 9, 2022<br><br>Assigned to Hon. Stephen V. Wilson |

The Court, having reviewed the Stipulation of Dismissal of Plaintiff Justin Walker's Claims Without Prejudice, and good cause appearing therefore, hereby enters the following Order.

1. The Stipulation of Dismissal of Plaintiff Justin Walker's Claims Without Prejudice is **GRANTED**.
2. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: November 24, 2021

Hon. Stephen V. Wilson
United States District Judge